■ JACK PERGOLA, Appellant, v. MICHAEL NAPOLITANO, Respondent.— Judgment of the Supreme Court, Kings County, dated February 7, 1972, affirmed, with costs. (*Schwartz* v. *Public Administrator of County of Bronx*, 24 N Y 2d 65.) Hopkins, Acting P. J., Munder, Martuscello, Gulotta and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY FREEMAN HAWKINS, Appellant.— Judgment of the County Court, Dutchess County, rendered March 20, 1972, affirmed. No opinion. The case is remitted to the County Court, Dutchess County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HAYMES, Appellant.— Order of the Supreme Court, Kings County, dated October 5, 1970, affirmed. If defendant is successful in the other applications with respect to his prior felony convictions, he can institute another *coram nobis* proceeding as a matter of course. If he is not successful in those applications, then the present appeal has no merit. Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.